# District Court Of Appeal Of The State Of Florida
## Fourth District

**DAQUINN VERNON MABERRY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3044

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Shepherd, Judge; L.T. Case No. 502022CF007062BXXXMB.

Daniel Eisinger, Public Defender, and Erika Elizabeth Follmer, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Nathanial LeBlanc, Assistant Attorney General, West Palm Beach, for appellee.

Per Curiam.

*Affirmed.*

Ciklin, Conner and Klingensmith, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***